IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ALEXANDER SANTIAGO,

      Appellant,

v.

REEMPLOYMENT
ASSISTANCE APPEALS
COMMISSION and SOUTH
EAST EMPLOYEE LEASING
SERVICE,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-4820

Opinion filed August 5, 2014.

An appeal from an order of the Reemployment Assistance Appeals Commission.

Alexander Santiago, pro se, Appellant.

Norman A. Blessing, General Counsel and Louis A. Gutierrez, Assistant General Counsel, Tallahassee, for Appellee.

PER CURIAM.

      AFFIRMED.

VAN NORTWICK, CLARK, SWANSON, JJ., CONCUR.